Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite1300
Salt Lake City, UT 84111
Tel: (801) 533-0320
Email: rbb@batemanip.com; mail@batemanip.com

*Attorneys for Plaintiff Deborah Scott*
  *on Behalf of the Estate of Edward D. Scott*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEBORAH SCOTT, on behalf of the ESTATE OF EDWARD D. SCOTT,<br><br>Plaintiff,<br>vs.<br><br>STEPHANIE BUECKERT and BRUCE BUECKERT, DBA AGIRLANDHERCOWS et al.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Case No. 2:21-cv-00735**<br><br>**Judge Dale A. Kimball**<br><br>**Mag. Judge Dustin B. Pead** |

Plaintiff Deborah Scott, on behalf of the estate of Edward D. Scott, hereby provides notice of voluntary dismissal without prejudice as to the above captioned action. Plaintiff has been unable to establish that this Court has jurisdiction over the remaining defendants, all of which reside outside this district.

Therefore, Plaintiff voluntarily dismisses this matter pursuant to Federal Rule of Procedure 41(a)(1).

Dated this 6th day of September, 2022.

        BATEMAN IP

        /s/ Randall B. Bateman
        Randall B. Bateman
        *Attorneys for Plaintiff Deborah Scott*
         *on Behalf of the Estate of Edward D. Scott*

## CERTIFICATE OF SERVICE

There are no pending Defendants which have been served is this matter. Therefore, this motion has not been served on any of the Defendants.

/s/Randall B. Bateman